# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1316EA

_____

| | | |
|---|---|---|
| Nanetta Edge Ryman; Willis Leroy Edge, Jr., | * * * | |
| Appellants, | * * | Appeal from the United States District Court for the Eastern |
| v. | * * | District of Arkansas. |
| Nell Ewing Edge; Nell Teague; Steven Lee Edge, | * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: September 25, 1998
Filed: September 30, 1998

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Nanetta Edge Ryman and Willis Leroy Edge, Jr. appeal from the adverse decision of the district court in this declaratory judgment action. Because this is a diversity case, we review de novo questions of state law. After reviewing the record and the parties' briefs, we are satisfied the district court correctly applied relevant state law. The record supports the district court's decision that the last will and testament in question was made in conformity with Arkansas law and that laches bars the appellants' claims. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

   Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.